UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                                                    Plaintiff,<br><br>vs.<br><br><br>Kourtney Dawn Haley ,<br><br>                                                    Defendant(s). | Case No.: 24-mj-00613-SH-1<br><br>**WAIVER OF A PRELIMINARY HEARING** |

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/8/2024

_____
Defendant

_____
Attorney for Defendant