
FILED
OCT 23 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KOURTNEY DAWN HALEY,<br><br>Defendant. | Case No. 24 CR 330 - JDR<br><br>INDICTMENT<br>[COUNT ONE: 21 U.S.C.<br>§§ 841(a)(1) and 841(b)(1)(C) –<br>Possession of Methamphetamine<br>with Intent to Distribute;<br>COUNT TWO: 21 U.S.C.<br>§§ 856(a)(1) and 856(b) –<br>Maintaining a Drug-Involved<br>Premises;<br>Forfeiture Allegation: 21 U.S.C.<br>§ 853 – Drug Forfeiture] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about October 1, 2024, in the Northern District of Oklahoma, the defendant, **KOURTNEY DAWN HALEY**, knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
### [21 U.S.C. §§ 856(a)(1) and 856(b)]

On or about October 1, 2024, in the Northern District of Oklahoma, the defendant, **KOURTNEY DAWN HALEY**, knowingly used and maintained a place located at 801 North Gary Place, Tulsa, Oklahoma, for the purpose of distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b).

## FORFEITURE ALLEGATION
[21 U.S.C. § 853]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offenses alleged in this Indictment, as a part of her sentence, the defendant, **KOURTNEY DAWN HALEY**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law.

All pursuant to Title 21, United States Code, Section 853.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
DAVID A. NASAR  
Assistant United States Attorney

/s/ *Grand Jury Foreperson*  
Grand Jury Foreperson