# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>vs.<br><br>Kourtney Dawn Haley,<br><br>Plaintiff,<br><br>Defendant(s). | Case No.: 24-cr-330-JDR<br>Date: 10/31/2024<br>Court Time: 1:00 p.m.<br><br>**MINUTE SHEET – ARRAIGNMENT** |

Christine D. Little, U.S. Magistrate Judge    T. Calico, Deputy Clerk    Magistrate Courtroom 1

Counsel for Plaintiff:   David Nasar

Counsel for Defendant: Andrew Michael-Don Casey, Appt.

Interpreter: _____    ☐ sworn

Defendant appears in person for Arraignment on:   ☒ Indictment;   ☐ Information;   ☐ Complaint;

☑ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;

☑ Defendant acknowledges receipt of Indictment          Indictment:   ☐ Read;   ☑ Reading waived;

☑ Defendant advised of charge;

Defendant's name as reflected in the Indictment;
   ☑ Verified in open court as the true and correct legal name
   ☐ Corrected by interlineation to _____
       to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court as the true and correct legal name: ☐ U.S. Attorney; ☐ Deft's Att. to verify and advise court;

☑ Arraignment held and Defendant pleads Not Guilty; Court accepts plea          ☑ Schedule to be entered;

Defendant waives:   ☐ Indictment;   ☐ Detention Hearing;   ☐ Separate Representation   ☐ Waivers approved by Court;

☐ Arraignment continued to: _____ at _____

☐ Detention Hearing scheduled: _____ at _____

☑ Defendant allowed to stand on present bond;          ☐ Government stipulates, findings made

☐ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____
_____
_____
_____
_____

Minute Sheet - Arraignment                                                                 (CR-01f 6/2021)