UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, Plaintiff,<br>vs.<br><br>Kourtney Dawn Haley,<br>Defendant(s). | Case No.: 24-cr-330 -JDR<br>Date: 11/1/24<br>Court Time: 10:07 a.m. to 10:26 a.m.<br><br>**MINUTE SHEET – STATUS/SCHEDULING CONF** |
|---|---|

| John D. Russell, U.S. District Judge | C. Butler, Deputy Clerk | Jennifer Golemboski, Reporter | Crt Rm 1 |

Counsel for Plaintiff:   David Nasar
Counsel for Defendant:   Andrew Casey             , Appt.

**MINUTES**:  Case called for status/scheduling conference.  Defendant present and out of custody. The Court and the parties discussed the scope and status of discovery.  Discovery is mostly complete.  Defendant is in treatment at Monarch, and the parties are working on a resolution to the case.

After discussion with counsel, the following deadlines were set:

| | |
|---|---|
| **Discovery:** | **November 8, 2024** |
| **Notices:** | **December 4, 2024; counter-notices:  December 18, 2024** |
| **Motions:** | **December 18, 2024** |
| **Motion Hearing:** | **January 10, 2025 at 2:30 p.m.  (pretrial conf. to be set at a later date)** |
| **Jury Trial:** | **February 3, 2025 at 9:00 a.m.  (speedy trial waiver signed through 3/3/25)** |

Additionally, the parties should become familiar with the Individual Rules of Practice for Criminal Cases, found on the chambers web page.

After private discussion with counsel, defendant signed a Waiver of Speedy Trial excluding the time from 12/9/24 to 3/3/25.  The Court discussed defendant's waiver, found that defendant freely and voluntarily executed the waiver, and that the ends of justice are served by a continuance of trial so that parties can complete pretrial discovery, motions, and work toward a resolution or prepare for trial.  **The time from 12/9/24, to 3/3/25, is excluded.**

Defendant remains released on conditions of release.